IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
FILE NUMBER (CASE NO.) 4:11-cv-0871-BCW

Thomas E. Perez
Secretary of Labor
U.S. Dept of Labor
Plaintiff/Petitioner

Contingent Care LLC
Endless Possibilities, LLC and
Wolfgang J. Shields, Individually
Defendant/Respondent

NOTICE OF APPEAL
TO THE US COURT OF APPEALS FOR THE 8th CIRCUIT

Notice is hereby given that I Contingent Care LLC Endless Possibilities LLC and Wolfgang J. Shields the
Name of party taking the appeal

Defendants hereby appeal to the United States Court of Appeals for
plaintiff, petitioner, defendant or respondent

the 8th Circuit from the final judgment X or an order ____
name of the circuit check this one or this one

entered in this action on the 15th day of December, 2014.

Signed [signature]
Attorney for ____
Address: 8727 Ridgeway Ct
KC MO 64128

Phone: 816 832 3105
Fax:
E-Mail: Jim.Shields5@gmail.com